## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ARLEAN D. HILL                    *

          Plaintiff,          *          Civil Action No.: 8:22-cv-834

          v.                  *

DLC MANAGEMENT CORP.              *

          Defendant.          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    NOW COME Plaintiff, Arlean D. Hill, and Defendant, DLC Management Corporation, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE that the above captioned action is DISMISSED WITH PREJUDICE; each party is responsible for their own costs and fees.

Respectfully submitted,

_____*/s/E. Gregory Watson*_____       _____*/s/Colin Bell*_____
E. Gregory Watson, Esquire               Colin Bell, Esquire
MD Federal Court Number: 14398       MD Federal Court Number: 26855
Watson & Moran, LLC                   Schenker & Lopez
9500 Medical Center Drive, Suite 430    600 Red Brook Blvd., Suite 650
Largo, Maryland 20774                Owings Mills, Maryland 21117
(240) 764-5302                        (410) 559-2410
watsonmoran@gmail.com            colin.bell@zurichna.com
*Attorneys for Plaintiff*              *Attorneys for Defendant*